# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
MIDDLE District of Florida

Case Number: 6:24-CV-01647-JSS-RMN

Plaintiff:
**DAVID TOM, individually and on behalf of all others similarly situated,**

vs.

Defendant:
**US SOLAR QUOTES LLC D/B/A US SOLAR**


CPN2024037226

For:
AVI R. KAUFMAN
KAUFMAN P.A.
400 NW 26TH STREET
MIAMI, FL 33127

Received by Teresa Ducady on the 17th day of September, 2024 at 3:03 pm to be served on **US SOLAR QUOTES LLC BY SERVING ITS REGISTERED AGENT: REGISTERED AGENTS, INC., 7901 4TH ST N, STE 300, ST. PETERSBURG, FL 33702**.

I, Teresa Ducady, being duly sworn, depose and say that on the **19th day of September, 2024** at **10:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, COMPLAINT-CLASS ACTION, INITIAL CASE ORDER, NOTICE OF PENDENCY OF OTHER ACTIONS, DISCLOSURE STATEMENTUNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 3.03, UNIFORM CASE MANAGEMENT REPORT, NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE, LETTER** with the date and hour of service endorsed thereon by me, to: **Russell Clarke** as **Authorized Agent for Registered Agent** for **US SOLAR QUOTES LLC**, at the address of: **7901 4TH ST N, STE 300, ST. PETERSBURG, FL 33702**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 28, Sex: M, Race/Skin Color: Caucasian, Height: 5'8", Weight: 180, Hair: Dark Brown, Glasses: N

If a description of the party is provided, please note all information provided is approximate. F.S. 48.021 (1) (Services of Summons and Criminal Subpoenas) I certify that I am over the age of 18, have no interest in the above action, and am a Certified/Special/Appointed Process Server, in good standing, in the judicial circuit in which the process was served. F.S. 92.525 Under penalties of perjury, I declare that I have read the forgoing document and that the facts stated in it are true. (No Notary Required) (Services of subpoenas F.S. 48.021 (1) Rule 1.410) I am over the age of 18, and am not a party to nor interested in the outcome of the above styled case. I have personal knowledge of the facts and statements contained in this affidavit and each is true and correct. (Notary Required) (Out of State/Foreign Process).

The foregoing instrument was acknowledged before me by means of ✓ physical presence or ___ online notarization on 9/23/24 by: Teresa Ducady who is ✓ personally known to me, or produced ___ as identification

NOTARY PUBLIC

Teresa Ducady
APS 20754

Caplan, Caplan & Caplan Process Servers
351 SW 136th Avenue
Suite 207
Davie, FL 33325
(305) 374-3426

Our Job Serial Number: CPN-2024037226


Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated, <br><br> _Plaintiff(s)_ <br> v. <br> US SOLAR QUOTES LLC D/B/A US SOLAR CONNECT, <br><br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  6:24-cv-01647-JSS-RMN |

9/19/24
TD30754
LO10A

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  US Solar Quotes LLC
c/o REGISTERED AGENTS INC.
7901 4TH ST N
STE 300
ST. PETERSBURG, FL 33702

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Avi R. Kaufman
Kaufman P.A.
237 S. Dixie Hwy, 4th Floor
Coral Gables, FL 33133

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  September 12, 2024

Gabriella Lobaina
_Signature of Clerk or Deputy Clerk_