IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated, | : :  CASE NO. 6:24-cv-01647 |
| Plaintiff, | : : |
| v. | : : |
| US SOLAR QUOTES LLC D/B/A US SOLAR CONNECT, | : : : |
| Defendant. | : : : / |

## NOTICE OF MEDIATION

Plaintiff David Tom provides notice that the parties have agreed to mediate this action with Hon. David E. Jones (Ret.) with Resolute Systems, LLC on February 21, 2025 at 10:00 a.m. via Zoom.

Dated: December 16, 2024    Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman (FL Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (FL Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

*Counsel for Plaintiff and the putative Classes*

1